T & S Medical Supply Corp., as Assignee of Claudine Charles Jean, Appellant,
against
State Farm Mutual Automobile Ins. Co., Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
De Martini & Yi, LLP (Arthur J. DeMartini, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Pamela L. Fisher, J.), entered June 9, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled examinations under oath (EUOs).
Contrary to plaintiff's sole argument on appeal, defendant properly tolled its time to pay or deny the claim at issue through its initial and follow-up EUO scheduling letters (see 11 NYCRR 65-3.5 [b]; 65-3.6 [b]). 
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 22, 2017